IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CURTIS RAY EASTER/MUHAMMAD
ADC # 93325                                                                          PLAINTIFF

v.                              No. 4:12-cv-120-DPM-HDY

J. ROWSON; V. JONES; PEREZ; C. NEAL;
FOXS; S. MILLIGAN; C. JANUES; ROLAND
ANDERSON; JACQUELINE CARSWELL;
JANE MEDILA; FRAKS; WILLIAM
STRAUGHN; STEVE OUTLAW; SIMMONS;
LINDA D. ERWIN; ARTIS RAY HOBBS;
LARRY D. MAY; MARVIN EVANS JR.;
DINA TYLER; TIFFANEY COMPTON;
DEAN; FEEBE; PAMELA C. CONNER;
and GRANT HARRIS                                                              DEFENDANTS

ORDER

No one has objected to Magistrate Judge Young's proposed findings and recommendations, *Document No. 10*. The Court has therefore reviewed Judge Young's proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error. Finding neither, the Court adopts the proposal in its entirety.

The Court dismisses Easter/Muhammad's complaint without prejudice because he has failed to pay the filing fee, failed to comply with Local Rule 5.5(c)(2), and failed to respond to Judge Young's earlier order. The Court also

denies Easter/Muhammad's pending motion for an order, *Document No. 4*. Finally, the Court certifies that an *in forma pauperis* appeal of this order and the accompanying judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 May 2012