IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CURTIS RAY EASTER/MUHAMMAD
ADC # 93325                                                                          PLAINTIFF

v.                         No. 4:12-cv-120-DPM

J. ROWSON; V. JONES; PEREZ; C. NEAL;
FOXS; S. MILLIGAN; C. JANUES; ROLAND
ANDERSON; JACQUELINE CARSWELL;
JANE MEDILA; FRAKS; WILLIAM
STRAUGHN; STEVE OUTLAW; SIMMONS;
LINDA D. ERWIN; ARTIS RAY HOBBS;
LARRY D. MAY; MARVIN EVANS JR.;
DINA TYLER; TIFFANEY COMPTON;
DEAN; FEEBE; PAMELA C. CONNER;
and GRANT HARRIS                                                                DEFENDANTS

JUDGMENT

The Court dismisses Easter/Muhammad's complaint without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2012